IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LANDAIR TRANSPORT, INC.** | : | Civil No. 1:17-CV-0723 |
| Plaintiff, | : | |
| v. | : | |
| **DEL'S TRUCK AND AUTO REPAIR** | : | |
| Defendant. | : | Judge Sylvia H. Rambo |

# **O R D E R**

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that Defendant's motion to dismiss (Doc. 10) is **DENIED** as to Counts I and III, and **GRANTED** as to Counts II and IV. **IT IS FURTHER ORDERED** that any request for punitive damages is **STRICKEN**.

                                                        s/Sylvia H. Rambo
                                                        SYLVIA H. RAMBO
                                                        United States District Judge

Dated: February 20, 2018